ED. CORBETT v. THE STATE.

No. 9431. Delivered June 10, 1925.

**Manslaughter—Appeal Dismissed.**

Appellant has filed his sworn request stating that he desires no longer to prosecute his appeal, and it is ordered dismissed.

Appeal from the District Court of Henderson County. Tried below before the Hon. Ben F. Dent, Judge.

Appeal from a conviction of manslaughter; penalty, two years in the penitentiary.

*Miller & Miller,* for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for manslaughter. Punishment, two years in the penitentiary.

Appellant has filed his sworn request to withdraw the appeal, stating that he desires no longer to prosecutes same.

In compliance with such request, the appeal is ordered dismissed.

*Dismissed.*